# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00387-CR

Jermaine Glen Harris,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause No. 21-02029-CRF-272

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Jermaine Glen Harris appealed the trial court's "Judgment Revoking Community Supervision" imposed on November 13, 2024 and signed on December 3, 2024. Harris has filed a voluntary motion to dismiss the appeal. Harris and his attorney have signed the motion to dismiss. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Harris's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  May 8, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
Do not publish
CR25

